PAR INVESTING CORPORATION, Respondent, v. DUTCH TOWN ESTATES, LTD., Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THADDEUS PARASCANDOLA, Respondent, v. HOWARD D. HAMMOND, Individually and as the Sole Surviving Partner of the Firm of B. J. SFORZA & COMPANY, Appellant, and JULIUS LEHRENKRAUSS and HOWARD D. HAMMOND, as Executors, etc., of BENJAMIN J. SFORZA, Deceased, Defendants.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

CARMINE PERCIASEPE, Respondent, v. NATIONAL RESERVE INSURANCE COMPANY OF ILLINOIS, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID H. BERGMAN, Appellant.— Motion to enlarge time to perfect and argue appeal granted and case set down for May 13, 1929; papers to be served on the district attorney on or before May 1, 1929. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MCKENNA, Appellant.— Motion to dismiss appeal granted, and appeal dismissed. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ

JOHN RAINONE, as Administrator, etc., of CHARLES RAINONE, Deceased, Respondent, v. " 15 AND 5 " TAXI CORPORATION, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

REDONDO STEAMSHIP COMPANY, INC., Respondent, v. IRVING BANK-COLUMBIA TRUST COMPANY, Respondent; INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Defendant, and KERR STEAMSHIP COMPANY, INC., and BENJAMIN HARRIS, as Receiver in Supplementary Proceedings of FRANK AUDITORE, Appellants.— Motion to amend order dated November 23, 1928, or, in the alternative, to resettle order dated June 4, 1928, denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

JANE REILLY, Plaintiff, v. EMPIRE STATE IMPROVEMENT CORPORATION and Others, Defendants. In the Matter of Surplus Money Proceedings: MORRIS WEISS and Others, Appellants; THOMAS F. MCGUIRE and Others, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

MICHAEL J. ROSALSKY, Appellant, v. MAX M. RUTCHIK, Respondent, and ELIAS A. BAUM, Appellant.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.